UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    JOSEPH FRANCIS NELSON LILLY

                                       Bankruptcy No. 25-14669-DJB

                    Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 11/17/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 04/24/2026                      Respectfully submitted,

                                    */s/ Kenneth E. West, Esq.*
                                    Kenneth E. West, Esq.
                                    Standing Chapter 13 Trusteee
                                    190 N. Independence Mall West
                                    Suite 701
                                      Philadelphia, PA  19106
                                      Telephone: (215) 627-1377